UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID ADAMS #462766,

    Plaintiff,

v.

PATRICIA LEWIS, et al.,

    Defendants.

Case No. 2:23-cv-218

Hon. Hala Y. Jarbou

## ORDER

On December 26, 2023, Plaintiff, David Adams, a prisoner housed at the Michigan Department of Corrections' ("MDOC") Baraga Correctional Facility (AFM) filed a motion for a temporary restraining order ("TRO") (ECF No. 7). Before the Court is a Report and Recommendation ("R&R") from the magistrate judge recommending that Adams's motion for a TRO be denied (ECF No. 8). Also before the Court are Adams's objections to the R&R (ECF No. 9).

Adams objects to the R&R on the basis that he has satisfied the elements necessary to sustain a request for a TRO. (Pl.'s Objs. ¶ 2.) However, the Court considered and rejected Adams's request for a preliminary injunction rendering this subsequent request for a TRO on the same facts moot. (*See* 12/5/2023 Op., ECF No. 5.) The magistrate judge recognized this inconsistency and recommended that the Court deny Adams's request on that basis. (*See* R&R 2-3.) Since the Court does not find error with the magistrate judge's analysis and Adams's objections to the R&R do not address that aspect of the opinion, the Court will approve and adopt the R&R and deny his motion for a TRO.

**IT IS ORDERED** that the Report and Recommendation (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Adams's request for a temporary restraining order (ECF No. 7) is **DENIED**.

Dated: March 26, 2024          /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE