UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID ADAMS,

    Plaintiff,

v.

PATRICIA LEWIS, et al.,

    Defendants.

_____/

Case No. 2:23-cv-218

Hon. Hala Y. Jarbou

### ORDER

On July 1, 2025, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 30). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on July 15, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 30) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:    August 4, 2025                               /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     CHIEF U.S. DISTRICT JUDGE